UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALKIS TELEVANDOS,                         :

      Plaintiff,                         :   CIVIL ACTION NO. 3:04-CV-989

      v.                                 :   (JUDGE CONABOY)

VACATION CHARTERS, LTD.                   :

      Defendant.                        :

                                         :

---

## MEMORANDUM AND ORDER

BECAUSE Counsel for the Parties have notified the Court that this case has not been settled and;

BECAUSE a prior Order of this Court dated March 30, 2006, reassigned this case to the September 2006 Trial List.

NOW THIS 26TH DAY OF APRIL 2006, IT IS ORDERED AS FOLLOWS:

1. This case remains assigned to the September 2006 Trial List and will commence immediately following jury selection which is scheduled at 9:30 A.M. on September 11, 2006.

                                                    _____
                                                  RICHARD P. CONABOY
                                                  United States District Judge